**FILED**
April 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>  )<br>MANSORE RAHIMI,  )<br>  Defendant.  )<br>  ) | Case No. MAG. 11-0125-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MANSORE RAHIMI, Case No. MAG-11-0125-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

   _X_ Co-Signed Unsecured Appearance Bond

   ___ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  04-29-11  at  3:47 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge